1 So.2d 665

### R. L. BOWLES v. STATE.

#### 8 Div. 63.

Court of Appeals of Alabama.
Jan. 21, 1941.

Rehearing Denied Feb. 18, 1941.

H. H. Hamilton, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.